The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL A. STEPIEN,<br><br>Plaintiff,<br><br>v.<br><br>GINA RAIMONDO, SECRETARY, UNITED STATES DEPARTMENT OF COMMERCE; UNITE STATES DEPARTMENT OF COMMERCE; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, ALSO KNOWN AS NOAA;<br><br>Defendants. | CASE NO. 2:21-cv-01410-JCC<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT<br><br>NOTING DATE:<br>December 16, 2021 |

Pursuant to Fed. R. Civ. P. 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for an extension of 30 days for Defendants to answer or otherwise respond to the Amended Complaint to February 2, 2022. Defendants' responsive pleading to the Complaint is currently due January 3, 2022.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO
AMENDED COMPLAINT
2:21-cv-01410-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties submit there is good cause for an extension of the deadlines. Defendants require additional time to review the allegations with the agency and prepare a response to be reviewed by the agency, which is difficult to coordinate with schedules over the upcoming holiday season. An extension of time to respond to the Amended Complaint will permit that review.

Stipulated to and presented this 16th day of December, 2021.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | NOLAN LIN LAW FIRM , PS |
| *s/ James C. Strong*<br>JAMES C. STRONG, OR # 131597<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: james.strong@usdoj.gov | *s/ Nolan Lim*<br>NOLAN LIM, WSBA # 36830<br>Nolan Lin Law Firm, PS<br>1111 Third Ave., Suite 1850<br>Seattle, Washington 98101<br>Phone: (206) 774-8874<br>Email: nolan@nolanlimlaw.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO
AMENDED COMPLAINT
2:21-cv-01410-JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. Defendants may have until to February 2, 2022, to answer or otherwise respond to the Amended Complaint.

Dated this 20th day of December 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
2:21-cv-01410-JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970