UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD LUTNICK,<br><br>Defendant. | CASE NO. 2:21-cv-01410-LK<br><br>ORDER STRIKING ERRATA AND IMPOSING SANCTIONS |

The Court STRIKES Plaintiff's Notice of Errata "to correct an incomplete record citation and supply an omitted record citation," Dkt. No. 135, because it violates LCR 7(m)'s requirement that the corrected document "must be filed as an attachment to the praecipe." This latest error has once again violated the Local Civil Rules and unnecessarily multiplied the proceedings in this case. The Court therefore sanctions Plaintiff's counsel, Nolan Lim, in the amount of $100 to be paid by check to the Clerk of Court within 14 days of the date of this Order. *See* LCR 11(c); Dkt. No. 128 (stating that "the Court will impose sanctions for any additional violations"); *see also* Dkt. No. 57 (order to show cause why Plaintiff's motions should not be stricken for failure to comply with the Court's prior order and the Local Civil Rules); Dkt. No. 85 (order to file corrected copy

of unreadable document); Dkt. No. 89 at 31 n.12 (detailing inaccurate citations in Plaintiff's briefing and stating that "[a]ny further inaccurate citations in Stepien's filings may result in the Court striking those filings and/or imposing sanctions").

Dated this 23rd day of October, 2026.

Lauren King
United States District Judge